C. PERCY TUTTLE, as Trustee in Bankruptcy of JOSEPH M. EVERETT, Respondent, *v.* LEONARD J. FIELD et al., Appellants, Impleaded with Another.

*Tuttle* v. *Field*, 157 App. Div. 915, affirmed.
(Submitted November 25, 1914; decided December 15, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 25, 1913, affirming a judgment entered upon a verdict adjudging that defendants are not entitled to recover any damages by reason of the detention by the plaintiff of property taken under a writ of replevin. The action was brought to recover possession of certain certificates of stock alleged to have been obtained by defendants' assignor through fraudulent representations, and resulted in a non-suit. The question as to defendants' damages was thereupon submitted to the jury.

*Abraham Benedict* and *Charles S. Guggenheimer* for appellants.

*William R. Page* and *Daniel Combs* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, CUDDEBACK and MILLER, JJ. Not voting: WERNER, J.